UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| In Re: LEVAQUIN PRODUCTS LIABILITY LITIGATION | MDL. No. 08-1943 (JRT) |
| This document also relates to:<br>　Jane Underwood v.<br>　Johnson & Johnson et al. | **ORDER**<br><br>Civil No. 10-1567 (JRT) |

_____

Stacy Hauer, Ronald Goldser, **ZIMMERMAN AND REED, PLLP**, 651 Nicollet Mall, Suite 501, Minneapolis, MN 55402, for plaintiff.

Jan McLean Bernier, Tracy Van Steenburgh, and Dana Lenahan, **NILAN JOHNSON LEWIS PA,** 120 South Sixth Street, Suite 400, Minneapolis, MN 55402, for defendants.

This matter is before the Court on the Voluntary Stipulation of Dismissal without Prejudice filed by the parties on September 8, 2010 [Docket No. 10].

**IT IS HEREBY ORDERED** that the above-captioned case be **DISMISSED WITHOUT PREJUDICE**, each party to bear their own costs.

DATED: September 13, 2010
at Minneapolis, Minnesota.

　　　　　　　　　　　　　　　　　　　　s/ John R. Tunheim
　　　　　　　　　　　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　United States District Judge